IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| ELLEN WOOD, | CV 19-56-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ATLANTIC CASUALTY INSURANCE COMPANY, EMPLOYERS MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

Defendant Employers Mutual Casualty Company has filed an unopposed motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 11.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Counsel for Employers Mutual Casualty Company may appear by telephone at the August 20, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 1st day of July, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge